135 A.3d 177

**Rasheem HALL, Petitioner**

v.

**Jacqueline F. ALLEN, Admin. Judge Philadelphia County, Court of Common Pleas, Post Trial Unit, Respondent.**

**No. 31 EM 2016.**

Supreme Court of Pennsylvania.

April 20, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of April, 2016, the Application for Leave to File Original Process is **GRANTED,** the Petition for

Writ of Mandamus is **DENIED,** and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.